UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEOR EXPLORATION &     **CASE NO. 09-60136-CIV-SEITZ/O'SULLIVAN**
PRODUCTION LLC, et al.

    Plaintiffs,
vs.

GUMA AGUIAR,

    Defendant.
_____/

GUMA AGUIAR,     **CASE NO.  09-60683-CIV-SEITZ/O'SULLIVAN**

    Plaintiffs,
vs.

WILLIAM NATBONY et al.,

    Defendant.
_____/

**CERTIFICATION PURSUANT TO RULE 7.1 REGARDING
MOTION FOR SANCTIONS AGAINST GUMA AGUIAR AND FOR
<u>EXPEDITED EVIDENTIARY HEARING</u>**

Pursuant to Rule 7.1 of the Local Rules for the United States District Court for the Southern District of Florida, Plaintiff's counsel certify that they have conferred with Defendant's counsel regarding the Motion for Sanctions Against Guma Aguiar and for Expedited Evidentiary Hearing.  Defendant opposes the Motion and cannot consent.

_____
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce De Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

Respectfully submitted this 1st day of October, 2009.

        KOZYAK TROPIN & THROCKMORTON, P.A.
        Attorneys for Plaintiffs
        2525 Ponce de Leon Blvd. 9th Floor
        Miami, Florida 33131-2335
        Telephone: (305) 372-1800; Facsimile: (305) 372-3508

        By: _s/ Harley S. Tropin_____
            Harley S. Tropin, Esq. (Fla. Bar No. 241253)
            Thomas A. Tucker Ronzetti, Esq. (Fla. Bar No 965723)
            Brett von Borke, Esq. (Fla. Bar No. 0044802)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/ Harley S. Tropin_____

305853.1