# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

LEOR EXPLORATION &
PRODUCTION LLC, *et al.,*     **CASE NO. 09-60136-CIV-SEITZ/O'SULLIVAN**

     Plaintiffs,

vs.

GUMA AGUIAR,

     Defendant.

_____

GUMA AGUIAR,     **CASE NO. 09-60683-CIV-SEITZ/O'SULLIVAN**

     Plaintiff,

v.

WILLIAM NATBONY, et al.,

     Defendants.

_____

## <u>AGUIAR'S NOTICE OF STRIKING DOCKET ENTRY #177</u>

     Guma Aguiar, by his attorneys, serves notice that he is hereby striking Docket Entry #177 in Case No. 09-60136 pursuant to instructions from the Clerk of the Court [D.E. #178].

     Respectfully submitted,

Thomas J. Wiegand
twiegand@winston.com
Gregory J. Miarecki
gmiarecki@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700
(admitted *pro hac vice*)

GREENBERG TRAURIG, P.A.
Attorneys for Guma Aguiar
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL  33301
Telephone:  (954) 765-0500
Facsimile:  (954) 765-1477

*/s/ Glenn E. Goldstein*_____
GLENN E. GOLDSTEIN
Florida Bar No. 435260
goldsteing@gtlaw.com
JEROLD I. BUDNEY
Florida Bar No. 0283444
budneyj@gtlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF notification on October 22, 2009.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF.


*/s/ Glenn E. Goldstein*
Glenn E. Goldstein

## SERVICE LIST

Harley Shepard Tropin, Esq.
hst@kttlaw.com
Thomas A. Tucker Ronzetti, Esq.
TR@kttlaw.com
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Boulevard, Suite 900
Coral Gables, FL  33134-6036
Telephone:  305-372-1800
Facsimile:  305-372-3508
Attorneys for William Natbony and Thomas Kaplan

Stephen M. Rathkopf, Esq.
srathkopf@herrick.com
Marisa A. Leto, Esq.
mleto@herrick.com
Herrick, Feinstein, LLP
2 Park Avenue
New York, NY  10016
Telephone:  212-592-1400
(admitted *pro hac vice*)
Attorneys for William Natbony and Thomas Kaplan

Jonathan Rubenstein, Esq.
jonathan.rubenstein@bakerbotts.com
Baker Botts LO.L.P.
Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Telephone:  214-953-6609
(admitted *pro hac vice*)
Attorneys for Leor Plaintiffs

David I. Spector, Esq.
david.spector@akerman.com
Venus A. Caruso, Esq.
venus.caruso@akerman.com
Akerman Senterfitt
Esperante Building, Fourth Floor
222 Lakeview Avenue
West Palm Beach, FL  33401
Telephone:  561-653-5000
Facsimile:  561-659-6313
Attorneys for Katten Muchin Rosenman, LLP

Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez Anderson & Harris, P.A.
1200 Brickell Avenue
Suite 950
Miami, FL  33131
Telephone:  305-371-0001
Facsimile:  305-371-0002
Attorneys for William Natbony

*FTL107,480,289v1 104057.010802*