UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEOR EXPLORATION &           CASE NO.  09-60136-CIV-SEITZ/O'SULLIVAN
PRODUCTION LLC, et al.,

      Plaintiffs,
v.

GUMA AGUIAR,

      Defendant.
_____/

GUMA AGUIAR,           CASE NO. 09-60683-CIV-SEITZ/O'SULLIVAN

      Plaintiff,
v.

WILLIAM NATBONY, et al.,

      Defendants.
_____/

## LEOR PLAINTIFFS' MOTION TO STRIKE AND EXCLUDE
## THE OPINIONS OF AGUIAR'S SUR-REBUTTAL EXPERT, MARK J. MILLS

Pursuant to Federal Rules of Civil Procedure 16(f), 26(a)(2) and 37, the Leor Parties move for the Court to strike the expert report and exclude any testimony from Guma Aguiar's expert, Mark Mills.  Dr. Mills is a sur-rebuttal expert, offered to respond to the Leor Plaintiffs' rebuttal expert, Dr. Resnick, and identified for the first time last night, on June 2.  Aguiar intends to offer this additional expert to mitigate the defects of his expert Kenneth Duckworth, whose opinion is being challenged under Federal Rule of Evidence 702.  Aguiar's last-minute expert proffer violates the Federal Rules and this Court's schedule, and so his opinions should be stricken and excluded.

The Court has already explained to the parties that they should use one expert, and issued a schedule to prevent the very sort of surprise Aguiar has caused here.  On March 19, the Court held a

hearing discussing experts, and told the parties "I do tend to agree or hope that it is going to be one expert a side." Hearing Tr. at 18.  The Court also instructed he parties to "pick your best person and have that person available." *Id.*   The Court then issued a scheduling order that "all by **Friday, April 30, 2010**, all parties who will be presenting expert testimony in their case in chief shall submit detailed expert reports. The opposing side shall have until **Friday, May 21, 2010** to provide a rebuttal to the report." [D.E. 38 at 2.]   The Court also set a deposition schedule for the experts, *id.*, and those dates have passed.  Aguiar's last-minute addition of Mills thus clearly violates the Court's schedule, and precludes any timely discovery by the Leor Plaintiffs.  On that basis alone, Mills' report should be stricken.  *See, e.g.*, *Kelley v. Nelson, Mullins, Riley & Scarborough, LLP*, 2003 WL 25778902 (Fla. Mar. 25, 2003); *Lava Trading, Inc. v. Hartford Fire Ins. Co.*, 2005 WL 4684238, at *8 (S.D.N.Y. Apr. 11, 2005).

Accordingly, the Court should strike and exclude the opinions of Mark J. Mills, and grant such other relief as deemed just.

Respectfully submitted this 3rd day of  June, 2010.

**STACK FERNANDEZ ANDERSON & HARRIS, P.A.**
Brian J. Stack (Fla. Bar No. 0476234)
bstack@stackfernandez.com
1200 Brickell Avenue, Suite 950
Miami, Florida 33131
Tel. (305) 371-0001
Fax. (305) 371-0002

*Attorneys for William Natbony*

 /s/ Harley S. Tropin
Harley S. Tropin (Fla. Bar No. 241253)
hst@kttlaw.com
Thomas A. Tucker Ronzetti (Fla. Bar No. 965723)
tr@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON, P.A.**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel.  (305) 372-1800
Fax.  (305) 372-3508

*Attorneys for Leor Exploration & Production LLC, Pardus Petroleum L.P., Pardus Petroleum LLC, and Thomas Kaplan*

| | |
|---|---|
| **HERRICK, FEINSTEIN LLP**<br>Stephen M. Rathkopf (Admitted *pro hac vice*)<br>srathkopf@herrick.com<br>Marisa A. Leto (Admitted *pro hac vice*)<br>mleto@herrick.com<br>2 Park Avenue<br>New York, NY  10016<br>Tel.  (212) 592-1415<br>Fax.  (212) 545-3444<br><br>*Attorneys for Thomas Kaplan and William Natbony* | **BAKER BOTTS L.L.P.**<br>Jonathan B. Rubenstein (Admitted *pro hac vice*)<br>jonathan.rubenstein@bakerbotts.com<br>2001 Ross Avenue<br>Dallas, Texas  75201<br>Tel.  (214) 953-6594<br>Fax. (214) 661-4594<br><br>*Attorneys for Leor Exploration & Production LLC, Pardus Petroleum L.P., Pardus Petroleum LLC, and William Natbony*<br><br> /s/ David I. Spector_____<br>David I. Spector (Fla. Bar No. 86540)<br>david.spector@akerman.com<br>Venus A. Caruso (Fla. Bar No. 790001)<br>venus.caruso@akerman.com<br>Scott W. Atherton (Fla. Bar No. 749591)<br>scott.atherton@akerman.com<br>**AKERMAN SENTERFITT**<br>222 Lakeview Avenue - Suite 400 Esperante<br>West Palm Beach, FL  33401<br>Tel:  (561) 653-5000<br>Fax: (561) 659-6313<br><br>*Attorneys fo*r *Katten Muchin Rosenman LLP* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Harley S. Tropin_____
Harley S. Tropin, Esq. (Fla. Bar No. 241253)

## CERTIFICATE OF COUNSEL

Pursuant to Rule 7.1 of the Local Rules for the United States District Court for the Southern District of Florida, undersigned counsel certifies that he conferred with Guma Aguiar's counsel regarding this Motion. Aguiar opposes the Motion.

/s/ Harley S. Tropin
Harley S. Tropin, Esq. (Fla. Bar No. 241253)

**SERVICE LIST**

*Leor Exploration & Production LLC, et al. v. Aguiar*,
Case No. 09-60163-CIV-SEITZ/O'SULLIVAN
United States District Court, Southern District of Florida
*Aguiar v. Natbony, et al.*,
Case No. 09-60683-CIV-SEITZ/O'SULLIVAN
United States District Court, Southern District of Florida

| | |
|---|---|
| Glenn E. Goldstein, Esq.<br>goldsteing@gtlaw.com<br>Jerold Ira Budney, Esq.<br>BudneyJ@gtlaw.com<br>**Greenberg Traurig**<br>401 E. Las Olas Boulevard<br>Suite 2000<br>Fort Lauderdale, FL  33301<br>(via CM/ECF) | Alan M. Dershowitz, Esq.<br>dersh@law.harvard.edu<br>26 Reservoir Street<br>Cambridge, Massachusetts  02138<br>(via CM/ECF) |
| Gregory J. Miarecki, Esq.<br>gmiareck@winston.com<br>Thomas J. Wiegand, Esq.<br>twiegand@winston.com<br>**Winston & Strawn**<br>35 W. Wacker Drive<br>Chicago, IL  60601-9703<br>(via CM/ECF) | Kendall Coffey, Esq.<br>kcoffey@coffeyburlington.com<br>**Coffey Burlington**<br>2699 South Bayshore Drive<br>Miami, Florida  33133<br>Tel:  305-858-2900<br>Fax:  305-858-5261<br>(via CM/ECF) |

313659