UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEOR EXPLORATION &          CASE NO. 09-60136-CIV-SEITZ/O'SULLIVAN
PRODUCTION LLC, et al.,
    Plaintiffs,
v.

GUMA AGUIAR,
    Defendant.
_____/

GUMA AGUIAR,          CASE NO. 09-60683-CIV-SEITZ/O'SULLIVAN
    Plaintiff,
v.

WILLIAM NATBONY, et al.,
    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on the Leor Plaintiffs'/Katten Muchin's Notice of Filing Legal Authority in Support of Admissibility of Newspaper Articles (DE# 372 in No. 09-60136; DE# 256 in No. 09-60683, 6/4/10). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the request to admit newspaper articles (Exhibits 279 through 303 and 313) is **DENIED**. The newspaper articles were not referred to during the evidentiary hearing. "[R]elevant[ ] evidence may be excluded if its probative value is substantially outweighed by . . . confusion of the issues. . . or by considerations of . . . waste of time. . . . " F.R.E. 403. The undersigned will not consider the newspaper articles in ruling on the issues in this matter.[1] It is further

ORDERED AND ADJUDGED that Exhibits 267, 304, 305 and 306 are not

---

[1] This ruling does not apply to the Maariv Article Exhibit 18. See Order (DE# 372 in No. 09-60136; DE# 368 in No. 09-60683, 6/9/10).

admitted. These documents are hearsay and there has not been a sufficient predicate laid for their admission.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this **11th** day of June, 2010.

                                          JOHN J. O'SULLIVAN
                                          UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All Counsel of Record